B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### District of South Carolina

In re  Robert W. and Colleen M. Barnes ,                    Case No.  09-07014-hb
         *Debtor*

                                                            Small Business Case under Chapter 11

                                                                      *R1fc*

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    February 2010                          Date filed:    03/20/2010

Line of Business:    Personal                    NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF
PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE
ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE,
CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Colleen M. Barnes

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? n/a | ☐ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? n/a | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? n/a | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? n/a | ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? n/a | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

WACHOVIA TRUST ACCT. FOR INSURANCE PREMIUM
$79.67 BALANCE

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐    ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐    ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐    ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐    ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐    ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 7,701.23 |

*See attached spreadsheet*

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 240,807.25 |
| Cash on Hand at End of Month | $ | 187,745.49 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 181,698.95 |

*(Exhibit B)* Balance as of 3/18/2010

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 59,462.99 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 7,701.23 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 59,462.99 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | -51,761.76 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $          0.00

*(Exhibit D)*                    n/a

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $          0.00

*(Exhibit E)*                    n/a

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    n/a          0
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    n/a          0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                    $          0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                               $          0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                          $      8,365.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                        $     10,098.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                     $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                                 $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                           $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

## Barnes Income - February 2010

| Date | Source | Amount | Description |
|---|---|---|---|
| 1-Feb | 521 Fagin | $650.00 | $500 toward rent and utilities & misc living expenses/ $150 toward use of vehicle |
| 8-Feb | Home Depot | $11.03 | Item Returned |
| 15-Feb | 521 Fagin | $650.00 | $500 toward rent and utilities & misc living expenses/ $150 toward use of vehicle |
| 16-Feb | Golden Rule | $622.08 | Refund from Insurance carrier for plan coverage (application withdrawn) |
| 19-Feb | Printex UE | $593.00 | Business expense payment |
| 25-Feb | H&R Block | $5,000.00 | Refund from H&R Block for error made on 2007 return ($5k max error allowed) |
| 9-Mar | Sprint | $10.73 | Refund of taxes paid on old cell phone account |
| 9-Mar | Assurant Health | $164.39 | Refund from Insurance carrier for overpayment for month of February |
| | | $7,701.23 | |



**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962

1

| | |
|---|---|
| ACCOUNT # | 0098635263 |

| | |
|---|---|
| | 060 |
| Cycle | 03 |
| Enclosures | 0 |
| Page | 1  of 5 |

## LIFEGREEN CHECKING
February 6, 2010 through March 10, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$240,807.25** | | Minimum Balance | $187,745 |
| Deposits & Credits | $6,401.23 | + | Average Balance | $222,003 |
| Withdrawals | $50,082.72 | – | | |
| Fees | $55.60 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $9,324.67 | – | | |
| **Ending Balance** | **$187,745.49** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 02/08 | ATM or CheckCard Credit The Home Depot Greenville   SC 3337 | 11.03 |
| 02/16 | ATM or CheckCard Credit Golden Rule 2 317-290-8100  IN 3345 | 622.08 |
| 02/19 | Wire Transfer Printex Ue Spo | 593.00 |
| 02/25 | Deposit - Thank You | 5,000.00 |
| 03/09 | Deposit - Thank You | 10.73 |
| 03/09 | ATM or CheckCard Credit Assurant Health Milwaukee   WI 3345 | 164.39 |
| | Total Deposits & Credits | $6,401.23 |

### WITHDRAWALS

| | | |
|---|---|---|
| 02/08 | CheckCard Purchase Zap*zappos.Com 888-492-7767 NV 3345 | 225.00 |
| 02/08 | CheckCard Purchase Www.1and1.Com 877-4612631  PA 3337 | 29.50 |
| 02/08 | ATM Withdrawal Sou The Home D  Sou The Home Greenville   SC00000014  3337 | 11.63 |
| 02/08 | ATM Withdrawal USPS 455680955  USPS 45568095 Mauldin      SC19800499  3345 | 1.05 |
| 02/08 | ATM Withdrawal USPS 455680955  USPS 45568095 Mauldin      SC19800499  3345 | 1.05 |
| 02/09 | CheckCard Purchase Wilco 920   0 Mauldin     SC 3345 | 49.00 |
| 02/10 | CheckCard Purchase Bluechoice Heal 800-3273183  SC 3345 | 160.75 |
| 02/10 | CheckCard Purchase Bluechoice Heal 800-3273183  SC 3345 | 160.75 |
| 02/10 | ATM Withdrawal Publix Super M  Publix Super Mauldin     Scin3054   3345 | 155.96 |
| 02/11 | CheckCard Purchase Miss Matched 914-7773217  Ny 3345 | 83.95 |
| 02/11 | CheckCard Purchase Connector 2000 864-5272171  SC 3345 | 75.00 |
| 02/11 | ATM Withdrawal Cns Toys R US  Cns Toys R US Greenville  SC00358602  3345 | 61.44 |
| 02/11 | ATM Withdrawal Kangaroo Exp #  Kangaroo Exp Greenville  SC82820401  3337 | 34.50 |
| 02/12 | CheckCard Purchase Red*wmnwithn Te 800-477-7030  IN 3345 | 88.43 |
| 02/12 | ATM Withdrawal Radio Shack    Radio Shack Greenville  SC11798002  3337 | 9.52 |
| 02/16 | CheckCard Purchse The Company COR 800-818-6082  DE 3345 | 613.00 |
| 02/16 | ATM Withdrawal Wal-Mart #0640  Wal-Mart #064 Greenville  SC24064001  3337 | 182.69 |
| 02/16 | EB to Gcpk Ref# 000005 0000022 | 173.00 |
| 02/16 | ATM Withdrawal Publix Super M  Publix Super Mauldin     Scin3089   3345 | 116.57 |
| 02/16 | CheckCard Purchase Headcase A Mode Greenville   SC 3345 | 94.06 |
| 02/16 | CheckCard Purchase Olive Tree Pizz Mauldin      SC 3345 | 84.68 |
| 02/16 | CheckCard Purchase Highland Center Greenville   SC 3345 | 80.00 |

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962

1

| | | |
|---|---|---|
| ACCOUNT # | | 0098635263 |
| | | 060 |
| Cycle | | 03 |
| Enclosures | | 0 |
| Page | | 2  of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/16 | CheckCard Purchase Labcorp Cash SC Greenville   SC 3345 | 54.50 |
| 02/16 | ATM Withdrawal Pumpers 9     Pumpers 9 Mauldin     Sclk448997   3345 | 49.00 |
| 02/16 | CheckCard Purchase Fp  Fisher-Pric 800-747-8697  WI 3345 | 32.50 |
| 02/16 | CheckCard Purchase Www.Skype.Com Internet       3337 | 10.00 |
| 02/16 | CheckCard Purchase Sou The Home D  Sou The Home Greenville   SC00000014  3337 | 8.46 |
| 02/17 | Bank of America  Mortgage Robert W Barne | 2,756.40 |
| 02/17 | ATM Withdrawal Kangaroo Exp #  Kangaroo Exp Greenville   SC82820401   3337 | 45.75 |
| 02/17 | CheckCard Purchase Cvs Pharmacy #4 Mauldin       SC 3337 | 21.65 |
| 02/18 | CheckCard Purchase Usairways  037 Atlanta       GA 3337 | 127.90 |
| 02/18 | CheckCard Purchase Usairways  037 Atlanta       GA 3337 | 127.90 |
| 02/18 | ATM Withdrawal Publix Super M  Publix Super Mauldin       Scin3055     3345 | 74.72 |
| 02/18 | ATM Withdrawal Spinx #120     Spinx #120 Mauldin       SC84070001  3345 | 50.00 |
| 02/18 | ATM Withdrawal Spinx #120     Spinx #120 Mauldin       SC84070001  3345 | 50.00 |
| 02/22 | EB to Allstate Inde Ref# 000014 0000038 | 1,407.20 |
| 02/22 | EB to Allstate Insu Ref# 000013 0000037 | 1,259.02 |
| 02/22 | CheckCard Purchase Continental 005 Atlanta       GA 3337 | 257.80 |
| 02/22 | CheckCard Purchase Continental 005 Atlanta       GA 3337 | 257.80 |
| 02/22 | EB to Duke Energy Ref# 000001 0000032 | 253.88 |
| 02/22 | EB to Piedmont Natu Ref# 000003 0000033 | 226.55 |
| 02/22 | CheckCard Purchase Tm *ringling Br 407-839-3900  FL 3345 | 185.10 |
| 02/22 | ATM Withdrawal Publix Super M  Publix Super Mauldin       Scin3056     3345 | 184.86 |
| 02/22 | EB to Directv Ref# 000002 0000031 | 130.48 |
| 02/22 | CheckCard Purchase Enterprise Rent Sterling       VA 3337 | 122.50 |
| 02/22 | EB to AT&T Ref# 000006 0000030 | 102.76 |
| 02/22 | CheckCard Purchase Hilton Garden I Annapolis     MD 3337 | 94.92 |
| 02/22 | EB to Piedmont Natu Ref# 000008 0000034 | 75.09 |
| 02/22 | CheckCard Purchase Usairways  037 Phoenix       AZ 3337 | 54.00 |
| 02/22 | EB to Greenville Wa Ref# 000012 0000036 | 48.65 |
| 02/22 | CheckCard Purchase Double T Diner Annapolis     MD 3337 | 30.00 |
| 02/22 | EB to Duke Energy Ref# 000011 0000035 | 17.78 |
| 02/22 | CheckCard Purchase J2 *efax Plus S 323-817-3205  CA 3345 | 9.95 |
| 02/23 | CheckCard Purchase Hampton Inns Middletown       DE 3337 | 111.83 |
| 02/23 | ATM Withdrawal Fairway Ford I  Fairway Ford Greenville   SC10011001   3345 | 111.42 |
| 02/23 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 76.37 |
| 02/23 | CheckCard Purchase Lehmans Tavern Essington     PA 3337 | 40.00 |
| 02/23 | ATM Withdrawal Exxonmobil POS  Exxonmobil PO Annapoli     Mdm624     3337 | 30.00 |
| 02/24 | CheckCard Purchase Cheesecake Fact Annapolis     MD 3337 | 65.68 |
| 02/24 | CheckCard Purchase Red*wmnwithn Te 800-477-7030  IN 3345 | 64.99 |
| 02/24 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 62.90 |
| 02/24 | ATM Withdrawal 1000 Spinx 110  1000 Spinx 11 Greenville   SC85500701   3337 | 47.25 |
| 02/24 | CheckCard Purchase Charlotte Aviat Charlotte     NC 3337 | 24.00 |
| 02/24 | CheckCard Purchase Best Quality Pi Clifton Hts  PA 3337 | 12.83 |
| 02/24 | CheckCard Purchase Enterprise Rent Sterling       VA 3337 | 3.46 |
| 02/25 | ATM Withdrawal Toys R US     Toys R US Greenville   SC00186603   3345 | 196.37 |
| 02/25 | ATM Withdrawal Wal-Mart #0640  Wal-Mart #064 Greenville   SC24064001   3337 | 130.97 |
| 02/25 | CheckCard Purchase Usairways  037 Washington,  DC 3337 | 50.00 |
| 02/25 | CheckCard Purchase Subway     0 Sterling     VA 3337 | 9.24 |
| 02/26 | ATM Withdrawal Fairway Ford I  Fairway Ford Greenville   SC10011001   3337 | 101.98 |
| 02/26 | CheckCard Purchase Google *service google.com/c  CA 3337 | 25.00 |
| 03/01 | ATM Withdrawal Costco Whse #1  Costco Whse # Greenville   SC99100511  3345 | 157.92 |

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962

1

| | | |
|---|---|---|
| ACCOUNT # | | 0098635263 |
| | | 060 |
| Cycle | | 03 |
| Enclosures | | 0 |
| Page | | 3  of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/01 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 63.68 |
| 03/01 | ATM Withdrawal Shell Service  Shell Service Charlotte   NC18875601  3337 | 48.00 |
| 03/01 | CheckCard Purchase Ruby Tuesday #4 Greenwood    SC 3337 | 38.77 |
| 03/01 | CheckCard Purchase USPS.Com Click6 800-3447779  DC 3345 | 4.75 |
| 03/02 | Wire Transfer Printex Ue S C | 35,000.00 |
| 03/02 | ATM Withdrawal Shoe City Long  Shoe City Lon Long Beach   CA02094749   3337 | 150.32 |
| 03/02 | CheckCard Purchase American Ai 001 Charlotte    NC 3337 | 25.00 |
| 03/02 | CheckCard Purchase American Ai 001 Charlotte    NC 3337 | 25.00 |
| 03/02 | CheckCard Purchase Chilis Too 3E 2 Dallas Ft Wo TX 3337 | 22.00 |
| 03/02 | CheckCard Purchase Haagen-Dazs Df0 Dfw Airport  TX 3337 | 11.84 |
| 03/02 | CheckCard Purchase USPS.Com Click6 800-3447779  DC 3345 | 4.75 |
| 03/03 | ATM Withdrawal Publix Super M  Publix Super Mauldin      Scin3092    3345 | 102.73 |
| 03/03 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 64.40 |
| 03/03 | ATM Withdrawal Shell Service  Shell Service Los Angeles  CA21602401   3337 | 42.25 |
| 03/03 | ATM Withdrawal Shell Service  Shell Service Los Angeles  CA21602401   3337 | 20.91 |
| 03/03 | CheckCard Purchase Shakeys Pizza Garden Grove  CA 3337 | 19.55 |
| 03/03 | CheckCard Purchase Www.Skype.Com Internet      3337 | 10.00 |
| 03/04 | ATM Withdrawal Kohl S #0493 1  Kohl S #0493 Greenville    Scin3075    3345 | 170.68 |
| 03/04 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 81.83 |
| 03/04 | CheckCard Purchase Spires Restaura Long Beach   CA 3337 | 24.00 |
| 03/04 | CheckCard Purchase Chichen Itza Re Los Angeles  CA 3337 | 23.99 |
| 03/05 | Bank of America  Mortgage Robert W Barne | 717.72 |
| 03/05 | CheckCard Purchase T.G.I. Friday S Carlsbad     CA 3337 | 59.00 |
| 03/05 | CheckCard Purchase Marriott Los An Los Angeles  CA 3337 | 30.00 |
| 03/05 | CheckCard Purchase Denny S #7721 S Juan Capis   CA 3337 | 28.73 |
| 03/05 | CheckCard Purchase Starbucks USA 0 Carlsbad     CA 3337 | 16.40 |
| 03/05 | CheckCard Purchase Claim Jumper #1 Monrovia     CA 3337 | 14.00 |
| 03/05 | CheckCard Purchase Godaddy.Com 480-5058855      AZ 3337 | 10.87 |
| 03/05 | CheckCard Purchase Denny S #8176 Termecula      CA 3337 | 10.00 |
| 03/08 | CheckCard Purchase Thrifty Car Ren Los Angeles  CA 3337 | 333.22 |
| 03/08 | CheckCard Purchase Springhill Suit Temecula     CA 3337 | 103.40 |
| 03/08 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 74.94 |
| 03/08 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 63.55 |
| 03/08 | ATM Withdrawal Spinx #120     Spinx #120 Mauldin        SC84070001   3345 | 50.00 |
| 03/08 | CheckCard Purchase Ihop #777 Long Beach   CA 3337 | 49.00 |
| 03/08 | CheckCard Purchase Charlotte Aviat Charlotte    NC 3337 | 46.00 |
| 03/08 | CheckCard Purchase Shakers - South South Pasade  CA 3337 | 44.18 |
| 03/08 | CheckCard Purchase Chevron 0009597 Placentia    CA 3337 | 32.25 |
| 03/08 | CheckCard Purchase Union 76    1 Los Angeles  CA 3337 | 27.01 |
| 03/08 | CheckCard Purchase Jody Maroni S 3 Los Angeles  CA 3337 | 21.47 |
| 03/08 | CheckCard Purchase Courtyard By MA Monrovia     CA 3337 | 20.26 |
| 03/08 | CheckCard Purchase Siggy S Restaur Murrieta     CA 3337 | 17.03 |
| 03/08 | CheckCard Purchase McDonald S F232 El Monte     CA 3337 | 12.04 |
| 03/08 | ATM Withdrawal Publix Super M  Publix Super Mauldin      Scin3053    3345 | 8.30 |
| 03/08 | CheckCard Purchase Doubletree Htl Monrovia      CA 3337 | 7.00 |
| 03/08 | ATM Withdrawal Advance Stores  Advance Store Mauldin      SC00309789   3337 | 6.35 |
| 03/09 | CheckCard Purchase Continental 005 Los Angeles  CA 3337 | 100.00 |
| 03/09 | CheckCard Purchase Ruby Tuesday #4 Greenwood    SC 3337 | 21.00 |
| 03/09 | CheckCard Purchase Iah Einsteins 4 Houston      TX 3337 | 13.79 |
| 03/09 | CheckCard Purchase Fp Fisher-Pric 800-747-8697  WI 3345 | 13.25 |

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962

1

| | ACCOUNT # | 0098635263 |
|---|---|---|

| | |
|---|---|
| Cycle | 060 |
| Enclosures | 03 |
| | 0 |
| Page | 4  of 5 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 03/09 | CheckCard Purchase McDonald S F229 Piedmont    SC  3337 | 8.39 |
| 03/10 | ATM Withdrawal Publix Super M  Publix Super Mauldin    Scin3095    3345 | 173.96 |
| 03/10 | CheckCard Purchase Barrett S Tire Hodges    SC  3337 | 29.15 |
| 03/10 | CheckCard Purchase Chick-Fil-A #02 Greenville   SC  3337 | 19.15 |
| 03/10 | CheckCard Purchase Continental Dir Melbourne    FL  3337 | 6.00 |
| | Total Withdrawals | $50,082.72 |

## FEES

| | | |
|---|---|---|
| 02/16 | International Service Assessment Www.Skype.Com | 0.30 |
| 02/19 | Wire Transfer | 15.00 |
| 03/02 | Wire Transfer | 40.00 |
| 03/03 | International Service Assessment Www.Skype.Com | 0.30 |
| | Total Fees | $55.60 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/22 | 129 | 223.00 | 02/26 | 131 | 186.67 |
| 02/23 | 130 | 8,365.00 | 02/26 | 132 | 550.00 |
| | | | | Total Checks | $9,324.67 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/08 | 240,550.05 | 02/19 | 236,117.75 | 03/03 | 190,058.28 |
| 02/09 | 240,501.05 | 02/22 | 231,176.41 | 03/04 | 189,757.78 |
| 02/10 | 240,023.59 | 02/23 | 222,441.79 | 03/05 | 188,871.06 |
| 02/11 | 239,768.70 | 02/24 | 222,160.68 | 03/08 | 187,955.06 |
| 02/12 | 239,670.75 | 02/25 | 226,774.10 | 03/09 | 187,973.75 |
| 02/16 | 238,794.07 | 02/26 | 225,910.45 | 03/10 | 187,745.49 |
| 02/17 | 235,970.27 | 03/01 | 225,597.33 | | |
| 02/18 | 235,539.75 | 03/02 | 190,318.42 | | |

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

```
ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962
```

1

| | | |
|---|---|---|
| ACCOUNT # | | 0098635263 |
| | | 060 |
| Cycle | | 03 |
| Enclosures | | 0 |
| Page | | 5 of 5 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|   | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

---

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-444-2867
(or, if in Birmingham area, 326-5667)
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need  more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

---

| | | | |
|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



# Non-Profit Checking

01        2000023919930    008    130        0    62        21,328

00008049 01 AV  0.335 01    5DG 35



ROBERT W BARNES IRREVCBLE TRUST AGREEMEN
COLLEEN M BARNES TRUSTEE                    CB
1 YORKSWELL LANE
GREENVILLE SC 29607

---

# Non-Profit Checking                                        1/30/2010 thru 2/26/2010

Account number:        2000023919930
Account owner(s):      ROBERT W BARNES IRREVCBLE TRUST AGREEMEN
                       COLLEEN M BARNES TRUSTEE



## Account Summary

| | |
|---|---|
| Opening balance 1/30 | $79.67 |
| **Closing balance 2/26** | **$79.67** |