B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of South Carolina

In re  Robert W. and Colleen M. Barnes          ,

_Debtor_

Case No.  09-07014-hb

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT  *n↓c*

Month:  March 2010

Date filed:  04/20/2010

Line of Business:  Personal

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_

Original Signature of Responsible Party

Colleen M. Barnes

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? *n/a* | ☐ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? *n/a* | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? *n/a* | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? *n/a* | ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? *n/a* | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

*wachovia trust acct - used for Insurance Premiums $79.67 balance*

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?          ☐      ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 41,487.81 *see attached spread-sheet* |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 187,745.49 |
| Cash on Hand at End of Month | $ | 203,851.97 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 202,428.67 |

*(Exhibit B)*    *Balance as of 9/19/10*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 28,443.93 |

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 41,487.81 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 28,443.93 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 13,043.88 |

B 25C (Official Form 25C) (12/08)

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    0

### PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?    $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?    $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD? Retainer for IRS audit of Slide Investment to PSBK (accountant)    500.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?    $ 10,598.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                              $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                         $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                   $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

### Barnes Income - March 2010

| Date | Source | Amount | Description |
|------|--------|--------|-------------|
| 1-Mar | 521 Fagin | $650.00 | $500 toward rent and utilities & misc living expenses/ $150 toward use of vehicle |
| 15-Mar | 521 Fagin | $650.00 | $500 toward rent and utilities & misc living expenses/ $150 toward use of vehicle |
| 16-Mar | Assurant Health | $227.85 | Additional refund from Insurance carrier for overpayment for month of February |
| 23-Mar | Bergmann Group | $4,959.96 | Royalty / Commission |
| 25-Mar | Printex Group | $35,000.00 | Repayment of business expense |
| | | $41,487.81 | |

# REGIONS

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962

1

| ACCOUNT # | 0098635263 |
|---|---|

|  |  |
|---|---|
|  | 060 |
| Cycle | 03 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
March 11, 2010 through April 9, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$187,745.49** | | Minimum Balance | $175,770 |
| Deposits & Credits | $44,550.41 | + | Average Balance | $195,076 |
| Withdrawals | $25,481.79 | – | | |
| Fees | $57.70 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $2,904.44 | – | | |
| **Ending Balance** | **$203,851.97** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/15 | ATM or CheckCard Credit Lot Airline 080 Atlanta    GA 3337 | 952.20 |
| 03/15 | ATM or CheckCard Credit Lot Airline 080 Atlanta    GA 3337 | 850.70 |
| 03/15 | ATM or CheckCard Credit Lot Airline 080 Atlanta    GA 3337 | 850.70 |
| 03/15 | ATM or CheckCard Credit Lufthansa  220 Atlanta GA  Ny 3337 | 467.40 |
| 03/15 | ATM or CheckCard Credit Lufthansa  220 Atlanta GA  Ny 3337 | 467.40 |
| 03/15 | ATM or CheckCard Credit Lufthansa  220 Atlanta GA  Ny 3337 | 467.40 |
| 03/16 | ATM or CheckCard Credit Assurant Health Milwaukee    WI 3345 | 227.85 |
| 03/18 | ATM or CheckCard Credit Expedia*  13142 800-367-3476  NV 3337 | 153.40 |
| 03/18 | ATM or CheckCard Credit Expedia*  13142 800-367-3476  NV 3337 | 153.40 |
| 03/23 | Deposit - Thank You | 4,959.96 |
| 03/25 | Printex Group LI Sender Robert W or CO | 35,000.00 |
| | Total Deposits & Credits | $44,550.41 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/11 | CheckCard Purchase USPS.Com Click6 800-3447779  DC 3345 | 4.75 |
| 03/12 | CheckCard Purchase Lot Airline 080 Atlanta      GA 3337 | 952.20 |
| 03/12 | CheckCard Purchase Lot Airline 080 Atlanta      GA 3337 | 850.70 |
| 03/12 | CheckCard Purchase Lot Airline 080 Atlanta      GA 3337 | 850.70 |
| 03/12 | CheckCard Purchase Lufthansa  220 Atlanta GA  Ny 3337 | 467.40 |
| 03/12 | CheckCard Purchase Lufthansa  220 Atlanta GA  Ny 3337 | 467.40 |
| 03/12 | CheckCard Purchase Lufthansa  220 Atlanta GA  Ny 3337 | 467.40 |
| 03/12 | ATM Withdrawal Target T1182 G  Target T1182 Greenville  SC11820078  3345 | 136.04 |
| 03/12 | CheckCard Purchase Www.1and1.Com 877-4612631  PA 3337 | 29.50 |
| 03/12 | CheckCard Purchase Www.1and1.Com 877-4612631  PA 3337 | 24.96 |
| 03/15 | CheckCard Purchase Delta Air  006 Atlanta      GA 3337 | 570.70 |
| 03/15 | CheckCard Purchase Delta Air  006 Atlanta      GA 3337 | 570.70 |
| 03/15 | CheckCard Purchase Expedia*  13142 800-367-3476  NV 3337 | 306.80 |
| 03/15 | CheckCard Purchase Pedipeds Inc 702-5670311  NV 3345 | 175.00 |
| 03/15 | EB to Gcpk Ref# 000005 0000029 | 173.00 |
| 03/15 | CheckCard Purchase Pln*priceline.C 800-657-9168  CT 3337 | 64.56 |
| 03/15 | ATM Withdrawal Toys R US      Toys R US Anderson    SC00382855  3337 | 52.98 |

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962

1

| | |
|---|---|
| ACCOUNT # | 0098635263 |

060

| | |
|---|---|
| Cycle | 03 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 03/15 | CheckCard Purchase Olive Tree Pizz Mauldin    SC 3345 | 40.78 |
| 03/15 | CheckCard Purchase Rest Hacienda R Guatemala        3337 | 37.29 |
| 03/15 | CheckCard Purchase Le Petit Bistro Atlanta     GA 3337 | 15.82 |
| 03/15 | CheckCard Purchase McDonald S F158 Mauldin     SC 3345 | 12.18 |
| 03/15 | CheckCard Purchase City Nights Val Atlanta    GA 3337 | 10.00 |
| 03/16 | Bluechoice      Bank Draft Robert W or Co | 160.75 |
| 03/16 | Bluechoice      Bank Draft Robert W or Co | 160.75 |
| 03/16 | ATM Withdrawal Publix Super M  Publix Super Mauldin     Scin3080    3345 | 135.74 |
| 03/16 | CheckCard Purchase Wilco 920   0 Mauldin    SC 3345 | 60.02 |
| 03/16 | CheckCard Purchase Wilco 920   0 Mauldin    SC 3337 | 52.00 |
| 03/16 | CheckCard Purchase Westin Hotel Ai Atlanta    GA 3337 | 10.00 |
| 03/17 | Bank of America  Mortgage Robert W Barne | 2,756.40 |
| 03/17 | CheckCard Purchase Hanna Andersson 800-222-0544  or 3345 | 112.00 |
| 03/17 | CheckCard Purchase Guadalajara- ME Mauldin     SC 3345 | 25.16 |
| 03/18 | CheckCard Purchase Hotel Holiday I Guatemala        3337 | 304.36 |
| 03/18 | CheckCard Purchase Guadalajara- ME Mauldin     SC 3345 | 38.75 |
| 03/18 | CheckCard Purchase Mobihand Mobile 408-540-6344  CA 3337 | 29.95 |
| 03/19 | EB to Allstate Ref# 00016 0000044 | 687.30 |
| 03/19 | EB to Duke Energy Ref# 000001 0000042 | 234.24 |
| 03/19 | EB to Allstate Ref# 000015 0000045 | 147.00 |
| 03/19 | CheckCard Purchase Hotel Holiday I Guatemala        3337 | 144.88 |
| 03/19 | EB to AT&T Ref# 000006 0000040 | 99.83 |
| 03/19 | EB to Duke Energy Ref# 000011 0000041 | 89.83 |
| 03/19 | CheckCard Purchase Pedipeds Inc 702-5670311   NV 3345 | 79.00 |
| 03/19 | EB to Waste Industr Ref# 000009 0000043 | 77.70 |
| 03/19 | CheckCard Purchase Www.Skype.Com Internet        3337 | 25.00 |
| 03/19 | CheckCard Purchase Hotel Holiday I Guatemala        3337 | 15.09 |
| 03/19 | CheckCard Purchase Wendy S San Salvador    3337 | 7.98 |
| 03/22 | CheckCard Purchase Salesforce.Com 415-901-8457  CA 3337 | 2,190.00 |
| 03/22 | CheckCard Purchase Boutique Hotel Cortes        3337 | 689.97 |
| 03/22 | CheckCard Purchase Workhorse Produ 602-437-2305  AZ 3345 | 664.93 |
| 03/22 | CheckCard Purchase Dollar Rent-A-C Guatemala        3337 | 410.45 |
| 03/22 | ATM Withdrawal Casual Male #9  Casual Male # Greenville   SC00000002  3337 | 316.27 |
| 03/22 | CheckCard Purchase J2 *efax Plus S 323-817-3205  CA 3345 | 9.95 |
| 03/23 | ATM Withdrawal H.H. Gregg 36   H.H. Gregg 36 Greenville   Scin3071    3345 | 1,105.70 |
| 03/23 | CheckCard Purchase Lufthansa  220 Atlanta GA  Ny 3337 | 1,070.10 |
| 03/23 | CheckCard Purchase Lufthansa  220 Atlanta GA  Ny 3337 | 1,070.10 |
| 03/23 | ATM Withdrawal Publix Super M  Publix Super Mauldin     Sca00003    3345 | 186.66 |
| 03/23 | CheckCard Purchase 353 Avenue   0 Greenville   SC 3345 | 101.39 |
| 03/23 | CheckCard Purchase Amazon.com Amzn.Com/Bil WA 3345 | 28.99 |
| 03/23 | CheckCard Purchase Great Clips #70 Mauldin     SC 3337 | 16.00 |
| 03/24 | CheckCard Purchase Connector 2000 864-5272171   SC 3345 | 75.00 |
| 03/25 | ATM Withdrawal Costco Whse #1  Costco Whse # Greenville   SC99100511  3345 | 276.79 |
| 03/25 | CheckCard Purchase Ashby Park Pedi Greenville   SC 3345 | 208.55 |
| 03/29 | CheckCard Purchase Air France   057 Atlanta     GA 3337 | 1,155.90 |
| 03/29 | ATM Withdrawal Target T1182 G  Target T1182 Greenville   SC11820080  3345 | 143.59 |
| 03/29 | CheckCard Purchase Red Robin 665 Greenville   SC 3345 | 74.00 |
| 03/29 | CheckCard Purchase Guadalajara- ME Mauldin     SC 3345 | 49.02 |
| 03/29 | CheckCard Purchase McDonald S F158 Mauldin     SC 3345 | 11.44 |
| 03/31 | CheckCard Purchase Paypal *codebel 402-935-7733  FL 3345 | 4.99 |

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962

1

| | ACCOUNT # | 0098635263 |
|---|---|---|

| | |
|---|---|
| Cycle | 060 |
| Enclosures | 03 |
| Page | 0 |
| | 3 of 4 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 03/31 | CheckCard Purchase Paypal *codebel 402-935-7733 FL 3345 | 4.99 |
| 04/01 | ATM Withdrawal Bloom #2700    Bloom #2700 Greenville  SC26270001  3345 | 128.87 |
| 04/01 | CheckCard Purchase Guadalajara- ME Mauldin    SC 3345 | 43.46 |
| 04/01 | CheckCard Purchase McDonald S F188 Greenville    SC 3345 | 16.38 |
| 04/01 | CheckCard Purchase Paypal *codebel 402-935-7733 FL 3345 | 9.99 |
| 04/02 | CheckCard Purchase Platinum Ponds 864-430-4700 SC 3345 | 365.00 |
| 04/02 | CheckCard Purchase Budget Rent A C Warszawa    3337 | 288.46 |
| 04/02 | CheckCard Purchase Pln*priceline.C 800-657-9168 CT 3337 | 94.76 |
| 04/02 | CheckCard Purchase Crocs Inc Crocs 866-306-3179 CO 3345 | 29.99 |
| 04/05 | CheckCard Purchase British A  125 001718397410 Ny 3337 | 1,152.60 |
| 04/05 | Bank of America Mortgage Robert W Barne | 717.72 |
| 04/05 | ATM Withdrawal Wal-Mart #0640 Wal-Mart #064 Greenville  SC24064001  3345 | 336.77 |
| 04/05 | ATM Withdrawal Publix Super M Publix Super Mauldin    Scin3104    3345 | 137.30 |
| 04/05 | CheckCard Purchase Wilco 920   0 Mauldin    SC 3345 | 56.00 |
| 04/05 | CheckCard Purchase Godaddy.Com 480-5058855  AZ 3337 | 54.35 |
| 04/05 | ATM Withdrawal Spinx #120    Spinx #120 Mauldin    SC84070001  3345 | 50.00 |
| 04/05 | CheckCard Purchase Www.1and1.Com 877-4612631  PA 3337 | 29.50 |
| 04/05 | CheckCard Purchase Zaxbys 001013 Mauldin    SC 3345 | 24.55 |
| 04/06 | CheckCard Purchase Pln*priceline.C 800-657-9168 CT 3337 | 96.50 |
| 04/07 | ATM Withdrawal Cato - Cat257  Cato - Cat257 Mauldin    Scin3092    3345 | 77.34 |
| 04/07 | ATM Withdrawal Spinx #120    Spinx #120 Mauldin    SC84070001  3345 | 50.00 |
| 04/07 | CheckCard Purchase Milan Pizzeria Simpsonville SC 3345 | 39.27 |
| 04/07 | CheckCard Purchase Greenville Car Simpsonville SC 3345 | 28.00 |
| 04/07 | ATM Withdrawal Publix Super M Publix Super Mauldin    Scin3102    3345 | 27.61 |
| 04/08 | CheckCard Purchase Greenville Car Simpsonville SC 3345 | 28.00 |

|  | Total Withdrawals | $25,481.79 |
|---|---|---|

## FEES

| | | |
|---|---|---|
| 03/15 | International Service Assessment Rest Hacienda R | 1.12 |
| 03/18 | International Service Assessment Hotel Holiday I | 9.13 |
| 03/19 | International Service Assessment Hotel Holiday I | 4.35 |
| 03/19 | International Service Assessment Www.Skype.Com | 0.75 |
| 03/19 | International Service Assessment Hotel Holiday I | 0.45 |
| 03/19 | International Service Assessment Wendy S | 0.24 |
| 03/22 | International Service Assessment Boutique Hotel | 20.70 |
| 03/22 | International Service Assessment Dollar Rent-A-C | 12.31 |
| 04/02 | International Service Assessment Budget Rent A C | 8.65 |

|  | Total Fees | $57.70 |
|---|---|---|

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

**Regions Bank**

Greenville SC Main
290 South Pleasantburg Drive
Greenville, SC 29607

```
ROBERT W BARNES
OR COLLEEN M BARNES
DEBTOR IN POSSESSION
1 YORKSWELL LN
GREENVILLE SC 29607-4962
```

1

| ACCOUNT # | 0098635263 |
|---|---|

| | |
|---|---|
| Cycle | 060 |
| | 03 |
| Enclosures | 0 |
| Page | 4 of 4 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/16 | 133 | 500.00 | 03/30 | 135 | 12.72 |
| 03/26 | 134 | 360.00 | 03/26 | 136 | 2,031.72 |
| | | | | Total Checks | $2,904.44 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/11 | 187,740.74 | 03/22 | 175,770.73 | 03/31 | 207,743.04 |
| 03/12 | 183,494.44 | 03/23 | 177,151.75 | 04/01 | 207,544.34 |
| 03/15 | 185,519.31 | 03/24 | 177,076.75 | 04/02 | 206,757.48 |
| 03/16 | 184,667.90 | 03/25 | 211,591.41 | 04/05 | 204,198.69 |
| 03/17 | 181,774.34 | 03/26 | 209,199.69 | 04/06 | 204,102.19 |
| 03/18 | 181,698.95 | 03/29 | 207,765.74 | 04/07 | 203,879.97 |
| 03/19 | 180,085.31 | 03/30 | 207,753.02 | 04/08 | 203,851.97 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).**
or visit us on the Internet at www.regions.com.
**Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-444-2867
(or, if in Birmingham area, 326-5667)
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



# Non-Profit Checking

WACHOVIA

01      2000023919930   008   130          0   62      23,392

00008347 01 AV  0.335 01   5DG 35

ROBERT W BARNES IRREVCBLE TRUST AGREEMEN
COLLEEN M BARNES TRUSTEE                    CB
1 YORKSWELL LANE
GREENVILLE SC 29607

---

## Non-Profit Checking                              2/27/2010 thru 3/31/2010

Account number:      2000023919930
Account owner(s):    ROBERT W BARNES IRREVCBLE TRUST AGREEMEN
                     COLLEEN M BARNES TRUSTEE



## Account Summary

| | |
|---|---|
| Opening balance 2/27 | $79.67 |
| Closing balance 3/31 | $79.67 |

*ON 07/01/2010, THE FOLLOWING FEES WILL BE EFFECTIVE: THE
RETURNED DEPOSITED/CASHED ITEM-CHARGEBACKS FEE WILL BE $12 PER
ITEM AND THE STATEMENT WITH CHECK IMAGE SERVICE (UP TO 10 CHECK
FRONTS PER PAGE) WILL BE $2 PER MONTH.*

---

**WACHOVIA BANK , WACHOVIA PLACE**                                    page 1 of 2